IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SPIN MASTER LTD. AND SPIN MASTER TOYS UK LIMITED,

    Plaintiffs,

v.

LIUSH, et al.,

    Defendants.

Case No. 25-cv-15019

**Judge Matthew F. Kennelly**

**Magistrate Judge Gabriel A. Fuentes**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited (collectively, "Spin Master" or "Plaintiffs") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| LYLINK | 3 |
| MapleJade | 5 |
| SunHow | 20 |
| ThunderG | 24 |
| TitanXJ | 25 |
| UNIFT | 26 |
| Vinaproud | 28 |
| WINSTONE | 31 |
| XuLukyCultiv | 36 |
| YICE666 | 40 |
| Yifeng Commerce | 41 |
| yongshiQIAO | 42 |
| Mia Crystalshop | 49 |
| mingerz_58 | 50 |
| Purecrystal | 60 |
| sixgo_360 | 61 |
| Selling dream gifts | 69 |
| ughyyugs | 77 |

Dated this 15th day of January 2026.　　Respectfully submitted,

<u>/s/ Justin R. Gaudio</u>
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Hannah E. Dawson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
hdawson@gbc.law

*Counsel for Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited*